UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-35 |
| | ) | |
| ROGER DALE FLEENOR | ) | |

**O R D E R**

It is hereby **ORDERED** that the trial of this defendant is **CONTINUED** from April 15, 2005 to May 10, 2005 at 9:00 A.M., inasmuch as the defendant has recently undergone a psychiatric evaluation for the regulation of his medication, and counsel will need additional time to meet with the defendant following said evaluation. The Court finds that, given the circumstances, the ends of justice served by the grant of this continuance outweighs the interests of the public and defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE